**Arthur O. ARMSTRONG, Plaintiff–Appellant,**

v.

**R.G. BATEMAN; J.B. Antonelli; North Carolina, Defendants–Appellees.**

**Arthur O. Armstrong, Petitioner–Appellant,**

v.

**R.G. Bateman; J.B. Antonelli, Respondents–Appellees.**

**Arthur O. Armstrong, Petitioner–Appellant,**

v.

**R.G. Bateman; Antonelli, et al, Respondents–Appellees.**

Nos. 01–1210, 01–1218, 01–1219.

United States Court of Appeals, Fourth Circuit.

Submitted May 3, 2001.

Decided May 17, 2001.

Arthur O. Armstrong, pro se. Staci Tolliver Meyer, Assistant Attorney General, Raleigh, NC, for appellees.

Before MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

In these consolidated appeals, Arthur O. Armstrong appeals district court orders dismissing his motions for leave to file lawsuits. We have reviewed the record and the district court orders and find no error. Accordingly, we deny Armstrong's motions for leave to proceed in forma pauperis and dismiss the appeals as frivolous. We further deny Armstrong's motion for summary judgment filed in No. 01–1210. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*DISMISSED.*